IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

S.U. AS NEXT FRIEND OF
G.M., a minor child under
the age of 18,

    Plaintiff,

v.                              CIVIL ACTION NO. 2:22-00471

JOHNSON & JOHNSON, et al.,

    Defendants.
_____

J.A.H. AS NEXT FRIEND OF
J.S., IV, a minor child under
the age of 18,

    Plaintiff,

v.                              CIVIL ACTION NO. 2:22-00472

JOHNSON & JOHNSON, et al.,

    Defendants.
_____

L.M.H. AS NEXT FRIEND OF
C.J.W., a minor child under
the age of 18,

    Plaintiff,

v.                              CIVIL ACTION NO. 2:22-00473

JOHNSON & JOHNSON, et al.,

    Defendants.
_____

A.L.K. AS NEXT FRIEND OF
A.M.K., a minor child under
the age of 18,

    Plaintiff,

v.                                     CIVIL ACTION NO. 2:22-00474

JOHNSON & JOHNSON, et al.,

     Defendants.

_____

S.W. AS NEXT FRIEND OF
J.W., a minor child under
the age of 18,

     Plaintiff,

v.                                     CIVIL ACTION NO. 2:22-00475

JOHNSON & JOHNSON, et al.,

     Defendants.

_____

K.A.D. AS NEXT FRIEND OF
B.D.G., a minor child under
the age of 18,

     Plaintiff,

v.                                     CIVIL ACTION NO. 2:22-00476

JOHNSON & JOHNSON, et al.,

     Defendants.

_____

D.R.E. AS NEXT FRIEND OF
K.J.W., a minor child under
the age of 18,

     Plaintiff,

v.                                     CIVIL ACTION NO. 2:22-00478

JOHNSON & JOHNSON, et al.,

     Defendants.

_____

2

K.B. AS NEXT FRIEND OF
B.M.B., a minor child under
the age of 18,

     Plaintiff,

v.                                CIVIL ACTION NO. 2:22-00479

JOHNSON & JOHNSON, et al.,

     Defendants.
_____

A.B.F. AS NEXT FRIEND OF
C.A.E., a minor child under
the age of 18,

     Plaintiff,

v.                                CIVIL ACTION NO. 2:22-00480

JOHNSON & JOHNSON, et al.,

     Defendants.
_____

M.B. AS NEXT FRIEND OF
D.A.A., a minor child under
the age of 18,

     Plaintiff,

v.                                CIVIL ACTION NO. 2:22-00481

JOHNSON & JOHNSON, et al.,

     Defendants.
_____

A.S.A. AS NEXT FRIEND OF
K.K.J., a minor child under
the age of 18,

     Plaintiff,

v.                                    CIVIL ACTION NO. 2:22-00482

JOHNSON & JOHNSON, et al.,

    Defendants.
_____

M.B. AS NEXT FRIEND OF
H.C.A., a minor child under
the age of 18,

    Plaintiff,

v.                                    CIVIL ACTION NO. 2:22-00483

JOHNSON & JOHNSON, et al.,

    Defendants.
_____

M.E.B. AS NEXT FRIEND OF
E.N.B., a minor child under
the age of 18,

    Plaintiff,

v.                                    CIVIL ACTION NO. 2:22-00484

JOHNSON & JOHNSON, et al.,

    Defendants.
_____

M.B. AS NEXT FRIEND OF
S.D.A., a minor child under
the age of 18,

    Plaintiff,

v.                                    CIVIL ACTION NO. 2:22-00485

JOHNSON & JOHNSON, et al.,

    Defendants.
_____

A.S.A. AS NEXT FRIEND OF
B.J.J., a minor child under
the age of 18,

    **Plaintiff,**

v.                          **CIVIL ACTION NO. 2:22-00487**

JOHNSON & JOHNSON, et al.,

    **Defendants.**

_____

### MEMORANDUM OPINION AND ORDER AND ORDER AND NOTICE

    Plaintiffs in each of these cases have filed a Notice of Withdrawal of Motion to Remand.  See ECF Nos. 9 or 10 in each case.  In those Notices, plaintiffs point out that their voluntary dismissal of claims against the West Virginia Board of Pharmacy moots the basis for seeking remand to state court.  The court agrees.  For this reason, the emergency motion to remand and expedite filed in each case is **DENIED** as moot.  Plaintiffs' motions asking for the entry of an order setting a scheduling conference are **GRANTED.**

    Therefore, pursuant to the Local Rules of Civil Procedure of this court, effective December 1, 2009, it is ORDERED that the following dates are hereby fixed as the time by or on which certain events must occur:

    05/24/23      Last day for Rule 26(f) meeting.

| 05/31/23 | Last day to file report of Rule 26(f) meeting and Scheduling Order Worksheet, available on the Court's website. |
| 06/07/23 | Scheduling conference at 11:00 a.m., in Charleston, West Virginia, before the undersigned. |
| 06/14/23 | Entry of scheduling order. |
| 06/23/23 | Last day to make Rule 26(a)(1) disclosures. |

The provisions of FR Civ P 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice.

Pursuant to LR Civ P 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C. § 636.  The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (FR Civ P Form 34), or by so indicating on the Report of Parties' Planning Meeting and Scheduling Order Worksheet, all of which are available on the court's website.

When electronically filing documents with the Clerk's office, a paper courtesy copy to the assigned judicial officer is not required except where any motion, memorandum, response, or reply, together with documents in support thereof, is 50 pages or more in length, or where any administrative record is 75 or more pages in length.

The Clerk is directed to send copies of this Order to

all counsel of record and to any unrepresented parties.

**IT IS SO ORDERED** this 8th day of May, 2023.

ENTER:

David A. Faber
Senior United States District Judge